# EXHIBIT 2

# CASE SUMMARY

# <u>STATE V. BROOKS</u>, UNION COUNTY FILE NO. 23CR344255-890

Union Superior Court

# Case Summary

## Case No. 23CR344255-890

| | | |
|---|---|---|
| **STATE OF NORTH CAROLINA VS ANTONIO GREGORY Brooks** § § § § § § § | Location: Filed on: Electronic Warrants Warrant ID: Criminal Process Number: ACIS File Number Key: Electronic Warrants Warrant ID: Criminal Process Number: | **Union Superior Court** **06/27/2023** **2Crf279GgNyZ9AQvbaLKVW** **RO-23-559639** **8902023344255D** **gfhyHGHcXSuEAQrsjnXviS** **WFA-23-444428** |

## Case Information

| | Offense | Statute | Degree | Offense Date | Filed Date | Case Type: | Criminal |
|---|---|---|---|---|---|---|---|
| | | | | | | Case Status: | **06/27/2023** **Pending** |
| 51. | DISCLOSE PRIVATE IMAGES/ADULT | 14-190.5A(B) | FH | 03/23/2023 | 06/27/2023 | | |

   Arrest
      Date:  08/09/2023
      Agency:  UNIONSO - Union County Sheriffs Office

   Offense Reports
      Control #:  2023-02381
      Agency:  Union County Sheriffs Office
              3344 Presson Road
              Monroe, NC, 28112

## Related Cases

## Bonds

**Secured Bond - Professional Surety**     #23B044852          $10,000.00
08/10/2023              Posted
Counts: 1
Bond Company: TART, BRITTAIN, R
CHAD LEWIS BONDING
PO BOX 352
MONROE, NC 28111-0352
Bond Insurance Company: UNITED STATES FIRE INSURANCE COMPANY
305 MADISON AVENUE
MORRISTOWN, NJ 07960

## Assignment Information

**Current Case Assignment**
Case Number   23CR344255-890
Court         Union Superior Court
Date Assigned 08/10/2023

## Party Information

**Defendant**   **Brooks, ANTONIO GREGORY**              *MARTIN, EDWARD WILLIAM (Inactive)*
                2701 PARK CENTER DR                      *Retained*

Union Superior Court

## Case Summary

Case No. 23CR344255-890

|  |  |
|---|---|
|  | ALEXANDRIA, VA 22302 |
|  | Black |
|  | Male |
| **State** | **STATE OF NORTH CAROLINA** |
|  | ** Confidential Address ** |
|  | Other |
| **Complainant** | **CLARK, KASSANDRA T** |
|  | 3344 PRESSON ROAD |
|  | MONROE, NC 28112 |
| **Fiduciary** | **TART, BRITTAIN, R** |
|  | CHAD LEWIS BONDING |
|  | PO BOX 352 |
|  | MONROE, NC 28111-0352 |
| **Surety** | **UNITED STATES FIRE INSURANCE COMPANY** |
|  | 305 MADISON AVENUE |
|  | MORRISTOWN, NJ 07960 |

## Case Events

04/14/2025    Index # 11
Other/Miscellaneous
*Motion and Order to Withdraw*
Created:   04/14/2025 12:46 PM

04/14/2025    Index # 10
Judgment/Other
Created:   04/14/2025 10:22 AM

03/27/2025
Motion
*Motion for Submission of Affidavits, Motion for Dismissal With Prejudice, and Request for Remedial Judicial Relief*
Filed By:   Defendant Brooks, ANTONIO GREGORY
Created:   03/27/2025 1:30 PM
Index # 9

03/27/2025

Motion
*Supplemental Motion Filing, Request for Remote Appearance, and Outstanding Legal Issues in Case No. 23cr344255-890*
Filed By:   Defendant Brooks, ANTONIO GREGORY
Created:   03/27/2025 1:24 PM
Index # 8

02/04/2025    Index # 7
Notice Of Hearing
Created:   02/04/2025 11:41 AM

01/28/2025

Motion
*Motion for Court Oversign of Probation & Conditional Discharge Compliance,Dismissal w/Prejudice & Appointment of Counsel*
Filed By:   Defendant Brooks, ANTONIO GREGORY
Created:   01/28/2025 2:48 PM
Index # 6

10/16/2024    Index # 5
Other/Miscellaneous
*DELEGATED AUTHORITY VIOLATION REPORT*
Created:   10/16/2024 5:13 PM

10/10/2024
Converted Continuances
*02 Continued Accumulator - by Defense 00 Continued Accumulator - by the State 00 Continued Accumulator - by the Judge 00*

Union Superior Court

## Case Summary

Case No. 23CR344255-890

*Continued Accumulator - by Unreached Verdict*
   Created:   10/10/2024 12:00 AM

| | | |
|---|---|---|
| 09/19/2024 | Legacy Complete Case Scan<br>Created:   09/19/2024 12:00 AM | |
| 06/18/2024 | Motion/Order to Continue<br>*CONTINUED BY: DEFENSE Court Session: 2025-12-15; ANTE MERIDIEM; TRIAL;*<br>Created:   06/18/2024 10:08 AM | |
| 05/20/2024 | Motion/Order to Continue<br>*Court Session: 2024-06-14; ANTE MERIDIEM; TRIAL;*<br>Created:   05/20/2024 10:26 AM | |
| 04/22/2024 | Motion/Order to Continue<br>*Court Session: 2024-05-17; ANTE MERIDIEM; TRIAL;*<br>Created:   04/22/2024 11:31 AM | |
| 03/25/2024 | Motion/Order to Continue<br>*Court Session: 2024-04-19; ANTE MERIDIEM; TRIAL;*<br>Created:   03/25/2024 10:35 AM | |
| 02/26/2024 | Motion/Order to Continue<br>*Court Session: 2024-03-22; ANTE MERIDIEM; TRIAL;*<br>Created:   02/26/2024 9:53 AM | |
| 01/29/2024 | Motion/Order to Continue<br>*Court Session: 2024-02-23; ANTE MERIDIEM; TRIAL;*<br>Created:   01/29/2024 1:03 PM | |
| 11/21/2023 | Motion/Order to Continue<br>*Court Session: 2024-01-26; ANTE MERIDIEM; TRIAL;*<br>Created:   11/21/2023 3:58 PM | |
| 11/09/2023 | Motion/Order to Continue<br>*Court Session: 2023-12-15; ANTE MERIDIEM; TRIAL;*<br>Created:   11/09/2023 10:24 AM | |
| 10/30/2023 | Offense Disposed<br>*Court Officials Present: Title Name PRIVATELY RETAINED EDWARD WILLIAM MARTIN DISPOSITION DATE: 10/30/2023 METHOD OF DISPOSITION CODE: SUPERSEDING INDICTMENT OR PROCESS*<br>Created:   11/07/2023 8:58 AM | |
| 10/30/2023 | Transfer to Superior Court<br>*Offenses Transferred: Charge Number Offense Description 01 DISCLOSE PRIVATE IMAGES/ADULT*<br>Created:   10/30/2023 12:00 AM | |
| 10/30/2023 | Indictment Issued<br>*CRRPRS:I*<br>Created:   10/30/2023 12:00 AM | |
| 10/30/2023 | Indictment Issued<br>Created:   10/30/2023 12:00 AM | |
| 09/18/2023 | Motion/Order to Continue<br>*CONTINUED BY: DEFENSE Court Session: 2023-11-07; ANTE MERIDIEM; TRIAL;*<br>Created:   09/18/2023 4:49 PM | |
| 09/18/2023 | Defense Attorney Assigned<br>*Court Officials Present: Title Name PRIVATELY RETAINED EDWARD WILLIAM MARTIN NOTIFIED BY EMAIL: N*<br>Created:   09/18/2023 4:49 PM | |
| 08/10/2023 | Bond Posted<br>Created:   08/10/2023 2:22 AM | Index # 4 |
| 08/10/2023 | Release Order Issued<br>*Location: UNION COUNTY COURTHOUSE*<br>Crim Proc #:   RO-23-559639 | Index # 3 |

Union Superior Court
## Case Summary
**Case No. 23CR344255-890**

| | | |
|---|---|---|
| | Created: 08/10/2023 1:30 AM | |
| 08/10/2023 | Motion/Order to Continue<br>*Court Session: 2023-09-18; ANTE MERIDIEM; TRIAL;*<br>Created: 08/10/2023 1:31 AM | |
| 08/10/2023 | Warrant for Arrest Returned Served<br>*Location: UNION COUNTY COURTHOUSE*<br>Crim Proc #: WFA-23-444428<br>Created: 08/10/2023 1:30 AM | Index # 2 |
| 08/10/2023 | Legacy Process Served Date<br>Created: 08/10/2023 12:00 AM | |
| 06/27/2023 | Warrant For Arrest Issued<br>*Location: UNION COUNTY COURTHOUSE*<br>Crim Proc #: WFA-23-444428<br>Created: 06/27/2023 3:46 PM | Index # 1 |
| 03/23/2023 | Warrant For Arrest Issued<br>*CRRPRC:W*<br>Created: 03/23/2023 12:00 AM | |

### Hearings

| | |
|---|---|
| 12/05/2025 | **Review Hearing** (9:30 AM) (Judicial Officer: SMITH, MATTHEW B)<br>Resource: Location 890-SUP7 Union Co. Courthouse, Courtroom 7<br>12/15/2025 Reset by Court to 12/05/2025<br>Created: 10/12/2024 4:30 AM |
| 04/14/2025 | **Motion Hearing** (10:00 AM) (Judicial Officer: ELKINS, ADAM M)<br>Resource: Location 890-SUP7 Union Co. Courthouse, Courtroom 7<br>**MINUTES - 04/14/2025**<br>Index # 10<br>Judgment/Other<br>Created: 04/14/2025 10:22 AM<br>Hearing Held;<br>*Hearing Held*<br>Created: 02/04/2025 10:57 AM |
| 10/30/2023 | **Disposition Hearing** (9:00 AM)<br>Resource: Location 890-SUP7 Union Co. Courthouse, Courtroom 7<br>*Hearing Held*<br>Created: 10/30/2023 12:00 AM |

### Bond Settings

| | |
|---|---|
| 08/10/2023 | **Bond Setting**<br>Set By Clerk  $10,000.00  Secured Bond - Property by Defendant , Secured Bond - Cash by Accommodation , Secured Bond - Property by Accommodation , Secured Bond - Cash by Defendant , Secured Bond - Professional Surety |

### Financial Information

| | | |
|---|---|---|
| | **Defendant** Brooks, ANTONIO GREGORY | |
| | Total Financial Assessment | 795.50 |
| | Total Payments and Credits | 795.50 |
| | **Balance Due as of 07/30/2025** | **0.00** |
| 10/30/2023 | Transaction Assessment | 795.50 |

**Union Superior Court**
**Case Summary**
**Case No. 23CR344255-890**

| | | | |
|---|---|---|---|
| 11/07/2024 | eFile Payment | Receipt # 890-00002052 | (795.50) |